STATE of Missouri, Respondent,

v.

James Michael HELDERLE, Appellant.

No. ED 100273

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: December 30, 2014

Rosalynn Koch, Public Defender, Columbia, for appellant.

Mary Highland Moore, Assistant Attorney General, Jefferson City, for respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

### ORDER

PER CURIAM

James M. Helderle (Defendant) appeals the trial court's judgment entered after a jury convicted him of first-degree burglary, forcible sodomy, felonious restraint, and armed criminal action. Defendant claims the trial court erred by admitting evidence of uncharged misconduct. He also challenges the sufficiency of the evidence to support his burglary conviction. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 30.25(b).